Opinion issued August 8, 2023



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-23-00232-CV

—————————————

## TIFFANY HALL, Appellant

## V.

## ASHFORD SANTA ANA, Appellee

On Appeal from County Court at Law No. 1
Harris County, Texas
Trial Court Case No. 1198938

## MEMORANDUM OPINION

Appellant Tiffany Hall filed her notice of appeal on March 31, 2023. Appellant did not pay the appellate filing fee or establish indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1. The Clerk of this Court notified Appellant that unless she paid the appellate filing fee by May 24, 2023, her appeal

could be dismissed. *See* TEX. R. APP. P. 42.3(b). To date, Appellant has not paid the appellate filing fee.

Appellant also failed to file a brief. *See* TEX. R. APP. P. 38.6(a), 38.8(a). On July 3, 2023, the Clerk of this Court notified Appellant that her appellate brief was past due, and her appeal was subject to dismissal. We directed Appellant to file her brief and a motion requesting an extension to file the brief within 10 days of our order. *See* TEX. R. APP. P. 38.8(a), 42.3(b). Appellant did not respond.

We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 5, 38.8(a), 42.3(b)-(c). We deny any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Rivas-Molloy.